IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX MEDICAL, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-05-MN |
| | ) |
| INTUITIVE SURGICAL, INC., INTUITIVE SURGICAL OPERATIONS, INC. and INTUITIVE SURGICAL HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

**VERDICT FORM**

## **INSTRUCTIONS**

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answers to each question must be **unanimous**. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used here:

1. "The '650 patent" or "patent-in-suit" refers to U.S. Patent No. 9,439,650;

2. "Rex Medical" refers to Plaintiff Rex Medical, L.P.;

3. "Intuitive" collectively refers to Defendants Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc., and Intuitive Surgical Holdings, LLC.

## **INFRINGEMENT**

**Question No. 1:** Did Rex Medical prove by a preponderance of the evidence that Intuitive directly infringed Claim 6 of the '650 patent?

                Yes                                No
      (for Rex Medical)               (for Intuitive)

      _____           _____

## VALIDITY

*Answer Question No. 2 only if you have answered yes to Question No. 1.  Otherwise, skip to the end (page 5).*

**Question No. 2:** Did Intuitive prove by clear and convincing evidence that Claim 6 of the '650 patent is invalid for failure to satisfy the written description requirement?

        Yes                              No
(for Intuitive)            (for Rex Medical)

_____      _____

3

## **DAMAGES**

*If you found Claim 6 of the '650 patent is both infringed and not invalid (i.e., answered "Yes" to Question No. 1 and answered "No" to Question No. 2), answer Question No. 3. Otherwise, skip to the end (page 5).*

**Question No. 3:** What amount if paid now would fairly and reasonably compensate Rex Medical for Intuitive's infringement?

$ _____

## **CONCLUSION**

You have reached the end of the verdict form. Review the completed form to ensure that it accurately reflects your **unanimous** determinations. All jurors should then sign and date the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Dated: _____     Signed: _____
                                              Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror