IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX MEDICAL, L.P., ) | |
| ) | |
| Plaintiff, ) | **Redacted - Public Version** |
| ) | |
| v. ) | C.A. No. 19-005-MN |
| ) | |
| INTUITIVE SURGICAL, INC., INTUITIVE ) | ▮▮▮▮▮▮▮▮ |
| SURGICAL OPERATIONS, INC., and ) | |
| INTUITIVE SURGICAL HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## LETTER TO THE HONORABLE MARYELLEN NOREIKA
## FROM KAREN E. KELLER

Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

OF COUNSEL:
George Lombardi
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5969

Claire A. Fundakowski
Joseph C. Masullo
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
(202) 282-5000

Kelly C. Hunsaker
Michael Rueckheim
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
(650) 858-6500

Evan Lewis
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
(713) 651-2785

Dated: October 17, 2022



Karen E. Keller
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com

October 17, 2022

**BY CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801



**Redacted - Public Version**

Re:   *Rex Medical, L.P. v. Intuitive Surgical, Inc., et al.*, C.A. No. 19-005-MN

Dear Judge Noreika:

Pursuant to the Court's request at the Pretrial Conference, Defendants hereby submit a proffer of Rule 608 evidence that Defendants intend to use to impeach ███████████████████████, and possibly ████████████████████████████, during cross-examination.

Testimony pertaining to ███████████ character for untruthfulness, and relevant to claims concerning █████████ │ ████████████████████, per Federal Rule of Evidence 608. *Accord*:

- ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- ████████████████████████████████████████████████████████████████████████████████████████████████████

SHAW KELLER LLP

The Honorable Maryellen Noreika
Page 2

Testimony pertaining to ███████ and ███████ character for untruthfulness, and relevant to claims that Rex Medical produces innovative products, per Federal Rule of Evidence 608. *Accord*:



Respectfully submitted,

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)

cc:   Clerk of the Court (via CM/ECF & Hand Delivery)
      All Counsel of Record (via CM/ECF & E-mail)