IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REX MEDICAL, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 19-005 (MN) |
| ) | |
| INTUITIVE SURGICAL, INC., ) | |
| INTUITIVE SURGICAL OPERATIONS, ) | |
| INC., and INTUITIVE SURGICAL ) | |
| HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

This 20th day of September 2023, the jury having returned its verdict (D.I. 245, 246), and the Court having granted-in-part and denied-in-part Defendants' motion for judgment as a matter of law, or, in the alternative, a new trial and/or remittitur (D.I. 266) and denied as moot Plaintiff's motion for prejudgment and post-judgment interest (D.I. 264), IT IS HEREBY ORDERED that:

1.  Judgment is entered in favor of Plaintiff Rex Medical, L.P. ("Plaintiff") and against Defendants Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc., and Intuitive Surgical Holdings, LLC (collectively, "Defendants") that Defendants directly infringed claim 6 of U.S. Patent No. 9,439,650 ("the '650 patent").

2.  Judgment is entered in favor of Plaintiff and against Defendants that claim 6 of the '650 patent is not invalid for lack of written description.

3.  Judgment is entered in favor of Plaintiff and against Defendants for nominal damages in the amount of $1 for Defendants' infringement.

The Honorable Maryellen Noreika
United States District Judge